IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERTO VALDEZ,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2168

Opinion filed October 7, 2016.

An appeal from an order of the Leon County Circuit Court.
Charles A. Francis, Judge.

Roberto Valdez, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Sean W. Gellis and William W. Gwaltney,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., MAKAR and BILBREY, JJ., CONCUR.